| | |
|---|---|
| 1 | Your Name: Jevon Watkins |
| 2 | Address: 939 Atlantic Avenue |
| 3 | Phone Number: (856) 834 6884 |
| 4 | Fax Number: (856) 9634384 |
| 5 | E-mail Address: jevonwatkins727@gmail.com |
| 6 | Pro Se Plaintiff |

FILED
JUN 03 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV25-04696  LJC

Jevon Watkins

Plaintiff,

v.

X Corp., Elon Musk, et al.

Defendant.

Case Number [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ☑

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

   Name: Jevon Watkins
   Address: 939 Atlantic Avenue Camden, NJ 08104
   Telephone: (856) 834 6884

2. Defendants. [Write each defendant's full name, address, and phone number.]

   Defendant 1:
   Name: X Corp.
   Address: 1355 Market Street Ste. 900 San Francisco, CA 94103
   Telephone: (415) 222 9670

Defendant 2:
Name: Elon Musk
Address: (May Be at) 1 Tesla Rd., Austin, TX 78725
Telephone: (650) 681 5000

Defendant 3:
Name: et al.,
Address: _____
Telephone: _____

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __Northern District__ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

This happened on the world wide web. While advertising my music and my business I started on a contract for advertising my music which I payed for, that started working but did not fully give me all that was promised and it froze my social media account.

## VI. CLAIMS

### First Claim

Name the law or right violated:

First and Fifth amendment

Name the defendants who violated it:

X Corp., and the person in charge at the time in 2023

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Was Elon Musk.

_____ **Claim**

Name the law or right violated:

First and Fifth amendment of the U.S. Constitution

Name the defendants who violated it:

X Corp, and the person in charge at the time was Elon Musk and whoever else was work there with him at or around the time of May 2023.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

I want the court to get the people like him to unfreeze the hold on my social media account. Honestly I want the account to continue what it was doing before it froze. If that is not possible I am owed about $1,200 (one thousand two hundred dollars) to my change account that I was using for business.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 5/27/2025     Sign Name: [signature]
                    Print Name: Jevon Watkins

Copy this page and insert it where you need additional space.